IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICARDO KEVIN PARKER,** | : | CIVIL ACTION NO. 1:23-CV-455 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **WARDEN BARAZZA,** | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 22nd day of August, 2023, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania